**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-7527**

———————

TIMOTHY W. JEFFRESS,

Petitioner - Appellant,

versus

J. E. GUNJA, Warden,

Respondent - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Andre M. Davis, District Judge.  (CA-00-2466-AMD)

———————

Submitted:  February 23, 2001          Decided:  March 19, 2001

———————

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Timothy W. Jeffress, Appellant Pro Se.  Larry David Adams, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Timothy W. Jeffress appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Jeffress v. Gunja, No. CA-00-2466-AMD (D. Md. filed Sept. 22, 2000; entered Sept. 25, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

AFFIRMED